UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID LEON                Plaintiff,      ) CASE NO. _____
                                          )
        vs.                               ) PRISONER'S
                                          ) APPLICATION TO PROCEED
                                          ) IN FORMA PAUPERIS
                                          )
TOM FELKER                Defendant.      )

I, __David Leon__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  PETCO PET Supplies, 500 SARATOGA AVE, SAN JOSE, CA.
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or                    Yes ☐  No ☒
10              self employment
11       b.    Income from stocks, bonds,                 Yes ☐  No ☒
12              or royalties?
13       c.    Rent payments?                             Yes ☐  No ☒
14       d.    Pensions, annuities, or                    Yes ☐  No ☒
15              life insurance payments?
16       e.    Federal or State welfare payments,         Yes ☐  No ☒
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                                Yes ☐  No ☒
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

-2-

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).

5  _____

6  _____

7  5. Do you own or are you buying a home?    Yes ☐  No ☒
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6. Do you own an automobile?    Yes ☐  No ☒
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ☐  No ☐  If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account?  Yes ☐  No ☒  (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ☐  No ☒  Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ☐  No ☒
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____  Utilities: _____
23 Food: $ _____  Clothing: _____
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on this Account |
26 | --- | --- | --- |
27 |  | $ | $ |
28 |  | $ | $ |
   |  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ☐  No ☐

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/20/07
DATE

David Leon
SIGNATURE OF APPLICANT

Case Number: _____

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 24, 2007

ACCOUNT NUMBER : V72125　　　　　　　　　BED/CELL NUMBER: FB81T200000022U
ACCOUNT NAME   : LEON, DAVID VINCENT　　　ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/2007 | | BEGINNING BALANCE | | | | | 300.72 |
| 01/05 | FC01 | DRAW-FAC 1 | 2367 B 1ST | | | 50.00 | 250.72 |
| 04/11 | W521 | FUND RAISER C | 3518LFS/B1 | | | 55.00 | 195.72 |
| 05/04 | FC01 | DRAW-FAC 1 | 3770 B 1ST | | | 45.00 | 150.72 |
| 05/14*DD31 | | CHECK DEPOSIT | 3072　3012 | | 3.14 | | 153.86 |
| 06/07 | W508 | NOTARY CHARGE | 4129NOTARY | | | 10.00 | 143.86 |
| 06/27*DD30 | | CASH DEPOSIT | 4458　3228 | | 49.50 | | 193.36 |
| 07/06 | FC01 | DRAW-FAC 1 | 0048 B 1ST | | | 90.00 | 103.36 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/18/05　　　　　CASE NUMBER: \*EE223464
COUNTY CODE: \*SCL　　　　　　　　FINE AMOUNT: $ 6,907.26

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/01/2007 | | BEGINNING BALANCE | | 6,907.26 |
| 05/14/07 | DR31 | REST DED-CHECK DEPOSIT | 3.47- | 6,903.79 |
| 06/27/07 | DR30 | REST DED-CASH DEPOSIT | 55.00- | 6,848.79 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.　　　　\*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 300.72 | 52.64 | 250.00 | 103.36 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
103.36

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _High Desert State Prison_ for the last six months at _____ where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _58.89_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _8.77_ .

Dated: _7-25-07_

_[signature]_ Accountant Supervisor

[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED IN THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

- 5 -