COPY

David Leon
V-72125
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEON,<br><br>        Petitioner,<br><br>vs.<br><br>TOM FELKER,<br><br>        Respondent. | NO.<br><br>MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 18 U.S.C. SECTION 3006(a)(2)(B) |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 18 U.S.C. section 3006(a)(2)(B), petitioner respectfully applies for the appointment of counsel. This application is supported by the attached declaration of David Leon and the financial form which has been submitted with my petition for writ of habeas corpus.

Dated: ~~April~~ June 20, 2007

Respectfully submitted,

_David Leon_
DAVID LEON
Petitioner in pro per

## DECLARATION OF DAVID LEON

I am the petitioner in *Leon v. Felker*. I am a layperson and am completely unschooled in the law. In my opinion, there are meritorious grounds stated in my petition. However, due to my lack of knowledge of legal principles, I am unable to skillfully present my case. Thus, I am in need of legal counsel.

I have communicated with Dallas Sacher who is the lawyer who handled my state appeal. Mr. Sacher is experienced in the handling of federal habeas cases. Mr. Sacher is willing to accept a court appointment to represent me in this proceeding. Mr. Sacher can be found at: 100 N. Winchester Blvd., Suite 310, Santa Clara, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of ~~April~~ June, 2007, at Susanville, California.

*David Leon*
DAVID LEON