SIXTH DISTRICT APPELLATE PROGRAM

DALLAS SACHER
Assistant Director
State Bar #100175
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050
(408) 241-6171

Attorneys for Petitioner,
David Leon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LEON,**<br><br>       Petitioner,<br>  v.<br><br>**TOM FELKER, WARDEN,**<br><br>       Respondent. | No. C07-3954MJJ<br><br>PETITIONER'S APPEARANCE OF COUNSEL |

TO THE HONORABLE MARTIN JENKINS:

PLEASE TAKE NOTICE that attorney Dallas Sacher is entering his appearance as counsel of record for petitioner who has previously been proceeding in pro se.

Dated: September 21, 2007                              Respectfully submitted,


                                                       _____
                                                       DALLAS SACHER
                                                       Attorney for Petitioner,
                                                       David Leon

---
PETITIONER'S APPEARANCE OF COUNSEL - No. C07-3954MJJ                 -1-