1

<u>DECLARATION OF DALLAS SACHER</u>

2      I am an attorney licensed to practice in California.  I represented petitioner on his

3  California state appeal in *People v. Leon*, H028370.

4      I am a highly experienced criminal appellate attorney.  I graduated from law school in

5  1981.  Between 1982 and 1983, I served as a research attorney for Presiding Justice George

6  Brown of the Fifth District Court of Appeal.  I worked as a civil appellate attorney from 1984

7  to 1985.  For the last 22 years, I have confined my practice to criminal appellate work.  I have

8  been a staff attorney with the Sixth District Appellate Program since its inception in 1988.

9      When I prepared petitioner's opening brief on appeal, I included several arguments with

10  regard to his conviction for second degree murder.  At the time, it did not occur to me that the

11  case law regarding second degree felony murder raised an equal protection issue.  In retrospect,

12  I believe that I erred when I failed to consider and raise the issue.  I certainly had no tactical

13  reason for failing to raise the issue.

14      In August 2007, I was working on a different appeal involving a conviction for second

15  degree murder.  (*People v. Martinez,* H031192.)  At that time, it first occurred to me that the

16  state of the law has created an equal protection problem.  In my professional opinion, I should

17  have recognized this issue when I was preparing petitioner's opening brief.

18      Once I recognized my error, I consulted with petitioner.  With petitioner's consent, I

19  have filed a petition for writ of habeas corpus in the California Supreme Court which raises

20  the equal protection claim and an attendant claim of ineffective assistance of appellate counsel

21  due to the failure to raise the equal protection issue on appeal.

22      The instant motion for a stay is not brought for the purpose of delay.  Rather, the motion

23  is brought for the sole purpose of exhausting petitioner's previously unraised issues so that

24  they may be properly litigated before this court.

25      I declare under penalty of perjury that the foregoing is true and correct.

26      Executed this _____ day of September 2007 at Santa Clara, California.

27  _____

28  DALLAS SACHER