**TABLE OF CONTENTS**

PETITION FOR WRIT OF HABEAS CORPUS . . . . . . . . . . . . . . . . . . . . . 1

VERIFICATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

      Defense Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

I.    THE SECOND DEGREE MURDER CONVICTION SHOULD BE REVERSED PURSUANT TO *PEOPLE v. BEJARANO*, supra, 149 Cal.App.4th 975 and *PEOPLE v. CHUN*, supra, 2007 Cal.App. Lexis 1537. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    A.    The Rather Tortured History of The Merger Doctrine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

    B.    Pursuant to the Collateral Purpose Rule, The Judgment Must Be Reversed. . . . . . . . . . . . . . . . . . . . . . . 28

    C.    The Judgment Must Be Reversed Since The Jury Was Not Given An Instruction Regarding The Collateral Purpose Rule. . . . . . . . . . . . . . . . . . . . . . . . . . 34

II.   IF THIS COURT SHOULD HOLD THAT THE COLLATERAL PURPOSE RULE DOES NOT APPLY TO THE OFFENSE OF SHOOTING AT AN OCCUPIED VEHICLE, REVERSAL IS REQUIRED UNDER THE EQUAL PROTECTION CLAUSES OF THE STATE AND FEDERAL CONSTITUTIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

III.  PETITIONER WAS DEPRIVED OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT TO THE FEDERAL CONSTITUTION WHEN HIS APPELLATE ATTORNEY FAILED TO ADVANCE HIS EQUAL PROTECTION CLAIM ON APPEAL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

# TABLE OF CONTENTS (CONTINUED)

IV.  AS AN ALTERNATIVE TO THE FOREGOING ARGUMENTS, THIS COURT SHOULD ABROGATE THE SECOND DEGREE FELONY MURDER RULE SINCE IT IS UNCONSTITUTIONAL UNDER BOTH THE STATE AND FEDERAL CONSTITUTIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

   A.  The Second Degree Felony Murder Rule Is Unconstitutional Since It Was Created By The Courts Rather Than The Legislature. . . . . . . . . . . . . . . . . . 42

   B.  If It Is Held That The Element Of Malice Is Presumed By The Commission Of A Qualifying Felony, The Judgment Must Be Reversed Since The Use Of An Irrebutable Presumption Is Proscribed By The Due Process Clause Of The Federal Constitution. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

V.  ALTHOUGH PETITIONER HAS PREVIOUSLY TAKEN AN APPEAL AND A HABEAS PETITION, THE ISSUES RAISED IN THIS PETITION ARE PROPERLY BEFORE THE COURT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

## TABLE OF AUTHORITIES

### CASES

*Apprendi v. New Jersey* (2000)
   530 U.S. 466 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35,36

*Carella v. California* (1989)
   491 U.S. 263 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

*Chapman v. California* (1967)
   386 U.S. 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32,33,36

*Cockett v. Ray* (9th Cir. 2003)
   333 F.3d 938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*Evitts v. Lucey* (1985)
   469 U.S. 387 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*In re Clark* (1993)
   5 Cal. 4th 750 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46,47

*In re Harris* (1993)
   5 Cal. 4th 813 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46,47

*Manduley v. Superior Court* (2002)
   27 Cal. 4th 537 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

*Martinez v. Garcia* (9th Cir. 2004)
   379 F.3d 1034 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*Neder v. United States* (1999)
   527 U.S. 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*People v. Bejarano* (2007)
   149 Cal. App. 4th 975 . . . . . . . . . . .   6,7,22,23,27,28,29,30,32,33,34

*People v. Chun* (Sept. 14, 2007, C049069)
   __Cal. App. 4th __ [2007 Cal.App.LEXIS 1537] . 7,23,28,29,33,37

**TABLE OF AUTHORITIES (CONTINUED)**

*People v. Green* (1980)
 27 Cal. 3d 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*People v. Guiton* (1993)
 4 Cal. 4th 1116 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*People v. Hansen* (1994)
 9 Cal. 4th 300 . . . . . . . . . . . . . . . . . . . . . 7,8,22,25,27,28,29,30,38,44

*People v. Henderson* (1977)
 19 Cal. 3d 86 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*People v. Hofsheier* (2006)
 37 Cal. 4th 1185 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39,40,41

*People v. Howard* (2005)
 34 Cal.4th 1129 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

*People v. Ireland* (1969)
 70 Cal. 2d 522 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

*People v. Mattison* (1971)
 4 Cal. 3d 177 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24,25

*People v. McDaniel* (1979)
 24 Cal. 3d 661 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

*People v. Randle* (2005)
 35 Cal. 4th 987 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26,30,35,36,38

*People v. Robertson* (2004)
 34 Cal. 4th 156 . . . . . . . . . . 7,22,24,25,26,27,35,36,38,39,40,44,45

*People v. Sakarias* (2000)
 22 Cal. 4th 596 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

*People v. Satchell* (1971)
 6 Cal. 3d 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

# TABLE OF AUTHORITIES (CONTINUED)

*People v. Smith* (1984)
    35 Cal. 3d 798 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32,33

*People v. Tabios* (1998)
    67 Cal. App. 4th 1 . . . . . . . . . . . . . . . . . . . . . . . 6,22,23,27,29,30,38

*Pulido v. Chambers* (9th Cir. 2007)
    487 F.3d 669 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*Sandstrom v. Montana* (1979)
    442 U.S. 510 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32,33

*Skinner v. Oklahoma Ex. Rel. Williamson* (1942)
    316 U.S. 535 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Yates v. Evatt* (1991)
    500 U.S. 391 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45,46

## CONSTITUTIONS

California Constitution
    Article I, section 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Article I, section 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Article III, section 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9,43,44
    Article VI, section 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

United States Constitution
    Fifth Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Fourteenth Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8,9,41

## STATUTES

Evidence Code
    Section 452, subdivision(d)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 453 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 459 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

# TABLE OF AUTHORITIES (CONTINUED)

Penal Code
    Section 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    Section 186.22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 187 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 187, subdivision(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43,45
    Section 189 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
    Section 245 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 246 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,6,25,27,28,29
    Section 246.3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7,25,26,40
    Section 347 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
    Section 995 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 12022.53 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

## MISCELLANEOUS

CALJIC No. 5.50.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2