IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEON, | No. C07-03954 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TOM FELKER, | |
| Defendant. | |

On August 1, 2007, Petitioner, a prisoner at High Desert State Prison, filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (Docket No. 1.) Thereafter, Petitioner obtained counsel for the purposes of pursuing post-conviction remedies, and on September 21, 2007, Dallas Sacher, became Petitioner's counsel of record. (Docket No. 5.) Also on that date, Petitioner filed the present Motion to Stay Proceedings. (Docket No. 6.) It does not appear from the face of the habeas petition that it is without merit.

Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve a copy of this Order, the Petition, the Motion, and all attachments thereto, upon Respondents and Respondents' attorneys, and the Attorney General for the State of California. The Clerk shall also serve a copy of this Order upon Petitioner.

2. Respondents shall file with this Court and serve upon Petitioner, **within thirty (30) days of the issuance of this Order**, an Opposition showing cause why Petitioner's Motion to Stay Proceedings shall not be granted. Respondents shall file and serve with the Opposition a copy of all

1 documents that are relevant to a determination of the issues presented by the Motion.

2    3.    If Petitioner wishes to reply to Respondents' Opposition, Petitioner shall do so by filing a Reply with the Court and serving it on Respondents **within fifteen (15) days of the filing of the Oppositions**.  Should Petitioner fail to file a Reply, the Motion will be deemed submitted and ready for decision fifteen (15) days after the date Respondents' Opposition is filed

   4.    Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than five (5) days prior to the deadline sought to be extended.

**IT IS SO ORDERED.**

Dated: October 15, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE