1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13                                              C 07-03954 MJJ

    DAVID LEON,
14                                              **APPLICATION FOR
                                    Petitioner,  ENLARGEMENT OF TIME TO
15                                              FILE ANSWER**

16          v.

    TOM FELKER, Warden,
17
                                    Respondent.
18

19

20          For the reasons stated in the accompanying declaration of counsel, respondent hereby

21  requests a fifteen-day enlargement of time in which to file its opposition to the motion to stay the

22  proceedings.  First, due to the unavailability of original counsel for respondent, the undersigned was

23  only recently three days ago assigned to this matter.  Second, despite the Court's Order to Show

24  Cause, the Clerk of Court did not serve respondent with the motion to stay the proceedings, but

25  instead only the Order to Show Cause and Petition.  A cursory glance at these documents did not

26  reveal that a motion response was needed.  Last, counsel has requested but has not yet received the

27  record of petitioner's state proceedings from respondent's storage facility.  A minimum of additional

28  time is needed to obtain that record and file an opposition.

            WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

**APP. FOR EXT. OF TIME TO FILE OPP. –** *Leon v. Felker*
**C 07-03954 MJJ**                                              1

1    time, to and including November 29, 2007, in which to file an opposition.

2

3            Dated:  November 15, 2007

4                                                        Respectfully submitted,

5                                                        EDMUND G. BROWN JR.
                                                         Attorney General
6                                                        DANE R. GILLETTE
                                                         Chief Assistant Attorney General
7                                                        GERALD A. ENGLER
                                                         Senior Assistant Attorney General
8                                                        PEGGY S. RUFFRA
                                                         Supervising Deputy Attorney General

9

10                                                       /s/ Gregory A. Ott
                                                         GREGORY A. OTT
11                                                       Deputy Attorney General

12                                                       Attorneys for Respondent

13
     GAO
14   C:\DAT\Ott\Leon.EOT1_1.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28