1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 | DAVID LEON, | C 07-03954 MJJ
14 | | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**
15 | Petitioner, |
16 | v. |
17 | TOM FELKER, Warden, |
18 | Respondent. |

20    I, GREGORY A. OTT, declare under penalty of perjury as follows:

21    I am the California Deputy Attorney General assigned to represent respondent in this case.

22 Respondent's opposition was due November 14, 2007, per this Court's October 15, 2007, Order to

23 Show Cause.  I have not previously received an enlargement of time in this case.

24    Petitioner has filed a petition for writ of habeas corpus in this Court.  He subsequently

25 filed a motion to stay the proceedings so that he can exhaust remedies for additional claim(s) in state

26 court.  The Court has asked for opposition, if any.

27    I request an additional fifteen days to file my opposition for the following reasons.  First,

28 counsel originally assigned to this matter, i.e., counsel to whom this matter was assigned throughout

state court, is unavailable.  This matter was reassigned to me only three days ago.  I have during that

1  time been briefing *Gonzales v. Terhune*, U.S.C.A. (9th Cir.) No. 07-05120, due Nov. 19, and have
2  not been able to turn my attention to this case. Second, the Clerk of Court did not serve us with the
3  Motion to Stay the Proceedings, but instead only the Order to Show Cause and Petition. We
4  otherwise do not have a copy of the motion, although I have, since being assigned to this case, pulled
5  the motion from PROLAW. Because the file contained only a petition and order to show cause, I
6  initially did not realize a *motion* response was requested, i.e., briefing on a shorter schedule. Third,
7  I do not have the file of petitioner's state proceedings. I have requested it from our storage facility,
8  but have not yet received it. I cannot provide an educated opposition to the motion without
9  reviewing those materials. A brief extension is necessary and warranted.

10         Accordingly, I request that the Court grant respondent to and including November 29,
11  2007, in which to file its opposition to the motion to stay.

12         I declare under penalty of perjury of the laws of the State of California and the United
13  States of America that the foregoing is true and correct. Executed at San Francisco, California on
14  November 15, 2007.

                                        /s/ Gregory A. Ott
                                        GREGORY A. OTT
                                        Deputy Attorney General

**DECL. OF COUNSEL IN SUPPORT OF APP. FOR EXT. OF
TIME TO FILE OPP.** – *Leon v. Felker*, **C 07-03954 MJJ**    2