IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID LEON,<br><br>                    Petitioner,<br><br>   v.<br><br>TOM FELKER, Warden,<br><br>                    Respondent. | C 07-03954 MJJ<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until November 29, 2007, to file his Opposition to the Motion to Stay the Proceedings. If Petitioner wishes to reply to the Opposition, he shall do so by filing a Reply with the Court and serving it on Respondent within fifteen days of service of the Opposition.

DATED: _____, 2007.

                                                                                       _____<br>
                                                                                       MARTIN J. JENKINS<br>
                                                                                       United States District Judge