# SIXTH DISTRICT APPELLATE PROGRAM

A Non-Profit Corporation

---

100 N Winchester Blvd., Suite 310
Santa Clara, CA 95050

(408) 241-6171 - Main
(408) 241-2877 - Fax

Executive Director
*Michael A. Kresser*

Assistant Director
*Dallas Sacher*

Law Office Manager
*Yolanda Edwards*

Staff Attorneys
*Lori A. Quick*
*Vicki I. Firstman*
*William M. Robinson*
*Jonathan Grossman*
*Paul Couenhoven*

March 19, 2008

Richard Wieking
Clerk of the United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    RE:    *Leon v. Felker*, No. C07-3954MHP

Dear Mr. Wieking:

    I am writing to explain the electronic filing which I made today. I have filed an amended petition. Insofar as the government has not yet filed a responsive pleading in this action, the amended petition is allowed as a matter of right pursuant to Federal Rules of Civil Procedure, rule 15(a)(1)(A). See *Mayle v. Felix*, 545 U.S. 644, 663 (2005).

    I would note that petitioner's motion to stay the proceedings remains pending. The filing of the amended petition is *not* intended as a withdrawal of the motion. Rather, petitioner continues to request a stay.

Sincerely,

Dallas Sacher
Attorney for Petitioner,
David Leon

EDS:pao
Enclosures