SIXTH DISTRICT APPELLATE PROGRAM

DALLAS SACHER
Assistant Director
State Bar #100175
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050
(408) 241-6171

Attorneys for Petitioner,
David Leon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TOM FELKER, WARDEN,<br><br>　　　　　Respondent. | No. C07-3954MHP<br><br>NOTICE OF WITHDRAWAL OF THE MOTION FOR A STAY |

TO THE HONORABLE MARILYN HALL PATEL:

Petitioner hereby withdraws his motion for a stay of the proceedings. The motion is no longer required since the California Supreme Court denied petitioner's petition for writ of habeas corpus on March 26, 2008.

Dated: March 28, 2008                                  Respectfully submitted,


                                                                       /s/ Dallas Sacher
                                                                       ─────────────────────
                                                                       DALLAS SACHER
                                                                       Attorney for Petitioner,
                                                                       David Leon

---

NOTICE OF WITHDRAWAL OF THE MOTION FOR A STAY
No. C07-3954MHP                                                                       -1-