1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 |                                    | C 07-3954 MHP (PR)
   | DAVID LEON,                        |
14 |                                    | **APPLICATION FOR**
   |                         Petitioner,| **ENLARGEMENT OF TIME TO**
15 |                                    | **FILE ANSWER**
   |     v.                             |
16 |                                    |
   | TOM FELKER, Warden,                |
17 |                                    |
   |                         Respondent.|
18

19

20       For the reasons stated in the accompanying declaration of counsel, respondent hereby

21 requests a sixty-day enlargement of time in which to file its answer to the petition for writ of habeas

22 corpus.  As explained in the accompanying declaration, counsel has been, and is currently, briefing

23 other matters with chronological precedence over this case.  Counsel has not yet begun preparing

24 respondent's answer.

25       Counsel has conferred with Dallas Sacher, counsel for petitioner, regarding this request.

26 Mr. Sacher stated that he did not object to this request, based on the undersigned's representation

27 that respondent's answer will be filed within the requested sixty days.

28       WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

time, to and including October 21, 2008, in which to file his answer.

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Leon v. Felker***, C 07-3954 MHP (PR)**      1

1  Dated: August 27, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General
4  DANE R. GILLETTE
Chief Assistant Attorney General
5  GERALD A. ENGLER
Senior Assistant Attorney General
6  PEGGY S. RUFFRA
Supervising Deputy Attorney General

7

8  /s/ Gregory A. Ott
GREGORY A. OTT
9  Deputy Attorney General

10  Attorneys for Respondent

11

GAO
12  40201924.wpd

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Leon v. Felker***, C 07-3954 MHP (PR)**    2