EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
GREGORY A. OTT
Deputy Attorney General
State Bar No. 160803
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 703-5964
  Fax:  (415) 703-1234
  E-mail:  gregory.ott@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEON,<br><br>                    Petitioner,<br><br>   v.<br><br>TOM FELKER, Warden,<br><br>                    Respondent. | C 07-3954 MHP (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

I, GREGORY A. OTT, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to represent respondent in this case. Respondent's answer was August 22, 2008, per this Court's June 23, 2008, Order To Show Cause. I have not previously requested an enlargement of the deadline set forth in that order.

On October 14, 2004, a Santa Clara County jury convicted petitioner of second degree murder and shooting at an occupied vehicle, with enhancements for personal use of a firearm. Petitioner was sentenced to forty years to life in prison.

I request an additional sixty days to file my answer for the following reasons. Chiefly, I have been briefing other cases with chronological precedence over this case. I have been and am

1   currently preparing respondent's answers in *Torrez v. Warden*, U.S.D.C., N.D. Cal. No. C 08-1309
2   TEH, a several-issue counseled federal habeas, due September 8 on extension, and *Barnett v.*
3   *Warden*, U.S.D.C., N.D. Cal. No. C 08-1604 RMW, due September 4 on extension. Following those
4   two cases, I must prepare respondent's answer in *Smith v. Warden*, U.S.D.C., N.D. Cal. No. C 06-
5   1637 MMC, due October 17 on extension. I will not be able to work on this case until I have filed
6   respondent's answer in *Smith*. Last, I was not the assigned deputy on this case in state court, and
7   am thus unfamiliar with it and the issues raised.
8       I have spoken with Dallas Sacher, counsel for petitioner, regarding this request. Mr.
9   Sacher stated that he did not object to this request, based on my representation that I will file
10  respondent's answer within the requested sixty days.
11      Accordingly, I request that the Court grant respondent to and including October 21, 2008,
12  in which to file its answer or other response to the petition.
13      I declare under penalty of perjury of the laws of the State of California and the United
14  States of America that the foregoing is true and correct. Executed at San Francisco, California on
15  August 27, 2008.

              /s/ Gregory A. Ott
            GREGORY A. OTT
            Deputy Attorney General

**DECLARATION OF COUNSEL IN SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Leon v. Felker***, C 07-3954 MHP (PR)**    2