IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LEON,

                Petitioner,

v.

TOM FELKER, Warden,

                Respondent.

C 07-3954 MHP (PR)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until October 21, 2008, to file his answer to the petition for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of filing of the answer.

DATED: _____, 2008.

                                                _____
                                                MARILYN HALL PATEL
                                                United States District Court Judge