IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DAVID LEON,**
   Petitioner,

 v.

**TOM FELKER, WARDEN,**
   Respondent.

No. C07-3954MHP

ORDER AUTHORIZING THE FILING OF AN OVERSIZED TRAVERSE

not to exceed 50 pages

IT IS HEREBY ORDERED that petitioner's oversized traverse be filed.

Dated: 1/9/2009

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel