1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    DAVID LEON,                              No. C 07-3954 MHP (pr)

8               Petitioner,                   **ORDER APPOINTING COUNSEL**

9         v.

10   TOM FELKER, warden,

11              Respondent.

12   _____/

13         Petitioner has filed a second motion for appointment of counsel to represent him in

14   this action.  A district court is authorized by 18 U.S.C. § 3006A(a)(2) to appoint counsel to

15   represent a habeas petitioner whenever "the court determines that the interests of justice so

16   require" and the person is financially unable to obtain representation.  Upon due

17   consideration, the court GRANTS petitioner's motion for appointment of counsel.  (Docket #

18   27.)  The court appoints Dallas Sacher of the Sixth District Appellate Program as counsel for

19   petitioner David Leon.  The appointment is effective as of January 8, 2009, and specifically

20   not to any earlier date.  Counsel should seek reimbursement from the Federal Public

21   Defender's Office in San Francisco in accord with 18 U.S.C. § 3006A(d) and (e) for work

22   done on and after January 8, 2009.  The clerk shall send a copy of this order to the Federal

23   Public Defender's Office in San Francisco.

24         Respondent's motion for an extension of time to respond to the order to show cause is

25   GRANTED.  (Docket # 22.)  The response filed on December 9, 2008 is deemed timely filed.

26         IT IS SO ORDERED.

27   DATED:  February 2, 2009

28                                            _____
                                             Marilyn Hall Patel
                                             United States District Judge

**United States District Court**
For the Northern District of California