UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LEON,

    Petitioner,

v.

TOM FELKER,

    Respondent.
                                 /

No. C 07-03954 MHP

**ORDER FOR SUPPLEMENTAL BRIEFING**

On April 3, 2009, counsel for petitioner notified the court that the California Supreme Court had issued its decision in People v. Chun, 45 Cal. 4th 1172 (2009). In the decision, the California Supreme Court held that an assaultive felony, such as discharging a firearm at an occupied vehicle, may not form the basis for a felony murder instruction. Id. at 1200.

The court orders supplemental briefing addressing: (1) whether the Chun decision has retroactive effect such that it may affect petitioner, and (2) if Chun does affect petitioner, whether the questions of application of Chun and its retroactivity require exhaustion of state habeas proceedings before raising the issue here.[1]

Accordingly, petitioner and respondent shall file simultaneous supplemental briefs addressing the foregoing questions. Each supplemental brief shall not exceed ten (10) pages in length. Both briefs are due thirty (20) days from entry of this order.

IT IS SO ORDERED.

Dated: June 1, 2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

## ENDNOTES

1. The court notes that the California Supreme Court has ordered briefing on the issue of retroactivity in the case of People v. Farley, No. S024833, (Cal.Sup.Ct., app.pending, argued April 7, 2009), where the parties also have been asked to address the application of People v. Chun, 45 Cal.4th 1172 (2009)