**FILED**

MAR 0 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LEON,**<br>　　　Petitioner,<br>　v.<br>**TOM FELKER, WARDEN,**<br>　　　Respondent. | No. C07-3954JST<br><br>[~~PROPOSED~~] ORDER DISMISSING THE CASE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(2) |

Pursuant to petitioner's written request filed February 20, 2014, the case is dismissed pursuant to Federal Rules of Civil Procedure, rule 41 (a)(2). The dismissal is with prejudice.

IT IS SO ORDERED.

Dated: 3/5/14

Jon S. Tigar
United States District Court Judge

-1-